FILED
JUN 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
JUN 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
MARIA DE LA LUZ VILLEGAS-HERNANDEZ,
Defendant.

Criminal Case No. 08CR1801-L

I N F O R M A T I O N

Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony)

The United States Attorney charges:

On or about May 3, 2008, within the Southern District of California, defendant MARIA DE LA LUZ VILLEGAS-HERNANDEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 13.52 kilograms (29.74 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 3, 2008 .

KAREN P. HEWITT
United States Attorney

John F. Weis for

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
6/3/08