AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Maria de la Luz Villegas-Hernandez

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 08CR1801-L

I, Maria de La Luz Villegas-Hernandez, the above named defendant, who is accused of Title 21, U.S.C., Sec. 952 960 - Importation of Cocaine.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on 6/3/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Maria de la Luz Villegas Hdz.
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY