KAREN P. HEWITT
United States Attorney
SHIREEN M. BECKER
Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-2911
Facsimile: (619) 557-5551
Email: shireen.becker@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIA DE LA LUZ VILLEGAS-HERNANDEZ,<br>Defendant. | Case No. 08 CR 1801-L<br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Harold Chun

Please call me at the above-listed number if you have any questions about this notice.

DATED: August 25, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Shireen M. Becker*

Shireen M. Becker
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIA DE LA LUZ VILLEGAS-HERNANDEZ<br>Defendant. | ) | Case No. 08 CR 1810 L<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Shireen Becker, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 25, 2008, and this Certificate of Service, dated August 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Stephen Demik, Esq.**
Federal Defenders of San Diego
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2008.

/s/ *Shireen M. Becker*
Shireen M. Becker
Assistant United States Attorney